UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
FRONT COUNTER
2023 JUN 20 AM 11: 58
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOHN FRANKLIN DARNELL | ) | Case No. 23-10054-BFK |
| | ) | Chapter 7 |
| Debtor | ) | |

| | | |
|---|---|---|
| CAROLINA WASINGER, | ) | |
| MADDALENA WASINGER | ) | |
| Plaintiffs, | ) | |
| | ) | Adversary Proceeding No.: 23-01012-BFK |
| v. | ) | |
| JOHN FRANKLIN DARNELL, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Come now Defendant John Franklin Darnell and pursuant to Federal Rules and Procedures of the Bankruptcy Court, the Plaintiff's motion must be denied. Plaintiff cannot possibly be entitled to judgement as a matter of law under the plain language of 11 U.S.C 523 (a)(6). The crux of Plaintiff's motion is that, notwithstanding the absence of authenticate evidence of an occurrence of willful and malicious injury. The defendant argues the compensatory damage award were based on negligent conduct that falls outside the scope of 11 U.S.C 523(a)(6) and should be

discharged. The defendant further argues that the punitive damage awards were based on a willful and wanton disregard of plaintiff's rights, not willful and malicious injuries. Defendant John Franklin Darnell argues that the jury found him to be negligent or reckless, not that he engaged in conduct that would deliberately or intentionally cause injury to plaintiffs.

RESPECTFULLY SUBMITTED,

John Franklin Darnell

Pro Se

*/s/ John Franklin Darnell*

John Franklin Darnell

4834 Tabard Pl

Annandale VA 22003

703-268-0426

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, a copy of this Defendants Opposition to Plaintiffs' Motion for Summary Judgment and Memorandum in support of denial, were sent to the Plaintiffs and their attorney David C. Jones Jr by email to davidcjonesjr@gmail.com and first-class mail to the following address:

| David C. Jones, Jr | Carolina Wasinger | Maddalena Wasinger |
|---|---|---|
| 10617 Jones Street, Suite 301-A | 10638 Timberidge Rd | 10638 Timberidge Rd |
| Fairfax, VA 22030 | Fairfax Station VA 22039 | Fairfax Station VA 22039 |

John Franklin Darnell

Pro Se

*/s/ John Franklin Darnell*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
___Alexandria___ Division

In re:   Case No. 23-10059 - BFK
Chapter 7
Debtor(s)
John Franklin Darrell

Plaintiff(s)   Adversary Proceeding No. 23-01012 - BFK
v.  Carolina Wasinger
Maddalena Wasinger

Defendant(s) John Darrell

CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title: Defendant opposition to Plaintiffs motion for summary judgment
Date Document Filed: June 20th, 2023
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☑ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

John Darrell
_____   _____
Name of Pro Se Party (Print or Type)   Name of Pro Se Party (Print or Type)

[signature]
_____   _____
Signature of Pro Se Party   Signature of Pro Se Party

Executed on: June 20th, 2023 (Date)

[2090edva ver. 09/17]