UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED
FRONT COUNTER
2023 JUN 20 AM 11:58
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOHN FRANKLIN DARNELL | ) | Case No. 23-10054-BFK |
| | ) | Chapter 7 |
| Debtor | ) | |
| CAROLINA WASINGER, | ) | |
| MADDALENA WASINGER | ) | |
| Plaintiffs, | ) | |
| | ) | Adversary Proceeding No.: 23-01012-BFK |
| v. | ) | |
| JOHN FRANKLIN DARNELL, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANTS' AFFIRMATION IN OPPOSITION TO PLAINTIFFS MOTION**

John Franklin Darnell, affirms the following under penalty of perjury:

1). I am the Defendant in this action, and I respectfully submit this affirmation in opposition to the summary judgement motion dated May 31, 2023, made by Maddalena Wasinger, Carolina Wasinger.

2). I have personal knowledge of facts which bear on this motion.

3). This motion should be denied because of the authenticity of the evidence and the disputed material facts. Plaintiffs attached to the disagreeability complaint unauthenticated and butchered

transcripts of the Fairfax state court trial. Exhibit 5 (Page 5-6). Mr. Carlos Wall, the plaintiff's state court attorney asks two questions in a row (Ex 5. page 5-6). This is an incomplete and butchered version of the defendant's testimony to sway the Federal Courts with undue prejudice. Plaintiffs are attempting to offer the exhibit as proof of a finding of willful and malicious injury.

In view of the foregoing, it is respectfully submitted that the motion should be denied.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 19th, 2023

John Franklin Darnell Pro Se

4834 Tabard Pl

Annandale VA 22003

703-268-0426

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
___Alexandria___ Division

In re:    Case No. 23-10084-BFK
          Chapter 7
    Debtor(s)
John Franklin Darnell

    Plaintiff(s)    Adversary Proceeding No. 23-01012-BFK
v.  Carolina Wasinger
    Maddalena Wasinger

    Defendant(s) John Franklin Darnell

CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title: Defendant affirmation in opposition to Plaintiffs Motion
Date Document Filed: June 20th, 2023
Docket Entry No.

I declare under penalty of perjury that (Check one box):
☒ No attorney has prepared or assisted in the preparation of this document.
☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

John Franklin Darnell
_____    _____
Name of Pro Se Party (Print or Type)    Name of Pro Se Party (Print or Type)

[signature]
_____    _____
Signature of Pro Se Party    Signature of Pro Se Party

Executed on: June 20th, 2023 (Date)

[2090edva ver. 09/17]